**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-60886-RS**

CAROLINA TABAI,

      Plaintiff,

v.

MBM BUSINESS HOLDINGS, INC.,

      Defendant.

_____/

**ORDER OF DISMISSAL**

    This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice

[DE 11].  Accordingly, it is hereby,

    **ORDERED** that:

    1.     This matter is **DISMISSED with prejudice**

    2.     All pending motions are **DENIED as moot.**

    3.     Each party shall bear its own attorneys' fees and costs.

    4.     This case is **CLOSED.**

    DONE and ORDERED in Fort Lauderdale, Florida, this 26th day of July, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record